NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID BOLAND, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2025-1383

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 59313, 60294, Administrative Judge Michael N. O'Connell, Administrative Judge Owen C. Wilson, Administrative Judge Stephanie Cates-Harman.

---

**JUDGMENT**

---

DANIEL LUND, III, Phelps Dunbar LLP, New Orleans, LA, argued for appellant.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by PATRICIA M. MCCARTHY, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CHEN, *Circuit Judge,* and BISSOON, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 3, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1]　Honorable Cathy Bissoon, District Judge, United States District Court for the Western District of Pennsylvania, sitting by designation.